DEVERIE J. CHRISTENSEN
Nevada State Bar No. 6596
CAYLA J. WITTY, ESQ.
Nevada State Bar No. 12897
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  cayla.witty@jacksonlewis.com

*Attorneys for Defendant*
*Mission Support and Test Services LLC*
.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENITO GUTIERREZ, individually; JOSE A. MUNOZ; and JESUS M. VILLELA, individually<br><br>Plaintiff,<br><br>vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC; a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00339-ART-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION SESSION**<br>**(ECF NO. 8)** |

Defendant Mission Support and Test Services LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiffs Benito Gutierrez, Jose A. Munoz, and Jesus M. Villela ("Plaintiffs") by and through their counsel, Maier Gutierrez & Associates, hereby stipulate and agree to reschedule the date set for mediation in this matter through the Early Neutral Evaluation program [ECF No. 8].

This Court set the ENE session for Monday, June 23, 2025, starting at 9:00 a.m. *See* ECF No. 8. Magistrate Judge Couvillier entered his Order setting this date on March 31, 2025. Defendant's representative is unavailable the week of June 23, 2025, due to a previously scheduled matter out-of-state from which remote access would be difficult. Because the parties would like to

participate fully in this in-person mediation, Plaintiffs and Defendant have agreed to seek a new date for the ENE session.

The parties jointly propose any of the following dates for this Court to reschedule the ENE session:

Monday, June 16, 2025
Tuesday, June 17, 2025
Wednesday, June 18, 2025
Tuesday, July 1, 2025
Wednesday, July 2, 2025

The parties can provide additional dates at the Court's request.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 7th day of April, 2025.

| JACKSON LEWIS P.C. | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| */s/ Cayla J. Witty* | */s/ Danielle J. Barraza* |
| Deverie J. Christensen, Bar #6596<br>Cayla J. Witty, Bar #12897<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 | Danielle J. Barraza, Bar #13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148 |
| *Attorneys for Defendant* | *Attorney for Plaintiffs* |

## ORDER

The 6/23/2025 ENE is continued to **July 1, 2025, at 9:00am**. All other aspects of the Court's Order (ECF No. 8) remain in place.

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/15/2025

4920-4091-0387, v. 1