DEVERIE J. CHRISTENSEN
Nevada State Bar No. 6596
CAYLA J. WITTY, ESQ.
Nevada State Bar No. 12897
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  cayla.witty@jacksonlewis.com

*Attorneys for Defendant*
*Mission Support and Test Services LLC*
.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENITO GUTIERREZ, individually; JOSE A. MUNOZ; and JESUS M. VILLELA, individually<br><br>Plaintiff,<br><br>vs.<br><br>MISSION SUPPORT AND TEST SERVICES LLC; a foreign limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00339-ART-NJK<br><br>**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Mission Support and Test Services, LLC, by and through its counsel, and Plaintiffs Benito Gutierrez, Jose A. Munoz and Jesus M. Villela, by and through their counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 8th day of August, 2025.

| JACKSON LEWIS P.C. | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> Cayla J. Witty, Bar #12897 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* | */s/ Danielle J. Barraza* <br> Danielle J. Barraza, Bar #13822 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br><br> *Attorney for Plaintiffs* |

## **ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Anne Traum, United States District Court Judge

Dated: August 8, 2025